UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Wendkouni Wilfried Arnold Zongo,                         Civ. No. 21-676 (PAM/HB)

          Petitioner,

v.                                                                              **MEMORANDUM AND ORDER**

Alejandro Mayorkas, Tae D. Johnson,
Marcos Charles, Joel Brott, and Merrick B.
Garland,

          Respondents.

---

This matter is before the Court on the Report and Recommendation ("R&R") of United States Magistrate Judge Hildy Bowbeer dated December 16, 2021. (Docket No. 44.) The R&R recommends that Petitioner Wendkouni Wifried Arnold Zongo's Petition for a Writ of Habeas Corpus be dismissed as moot because Zongo has been released from detention. No party objected to the R&R, and the time to do so has passed. D. Minn. L.R. 72.2(b)(1).

This Court must review de novo any portion of an R&R to which specific objections are made, but in the absence of objections, the Court reviews the R&R only for clear error. 28 U.S.C. § 636(b)(1); D. Minn. L.R. 72.2(b); see also Grinder v. Gammon, 73 F.3d 793, 795 (8th Cir. 1996) (noting that district court need only review un-objected-to R&R for clear error). The Court has reviewed the R&R and finds no error, clear or otherwise, in the Magistrate Judge's reasoning.

Accordingly, **IT IS HEREBY ORDERED that**:

1. The R&R (Docket No. 44) is **ADOPTED**;

2. The Petition (Docket No. 1) is **DISMISSED without prejudice** as moot;

3. Petitioner's request for leave to file an amended petition (Docket No. 39) is **DENIED**; and

4. Petitioner's Motions to Expedite Consideration (Docket Nos. 28, 30) are **DENIED as moot**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated:  Wednesday, January 12, 2022

*s/ Paul A. Magnuson*
Paul A. Magnuson
United States District Court Judge